# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135971

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTHONY ROBERT HILDEBRANT,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135971
COA: 271840
St Clair CC: 05-002902-FH

     On order of the Court, the application for leave to appeal the January 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

p0519

                    Clerk